IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RICHARD HOEFT,

                     Plaintiff,

v.

JUDGE CONLEY,

                     Defendant.

ORDER

12-cv-458-bbc
_____

Plaintiff Richard Hoeft has filed a proposed complaint. Plaintiff has not paid the $350 filing fee nor has he submitted the paperwork necessary to support a determination that he is entitled to proceed without paying the filing fee. This court can take no action in his case until plaintiff either submits the $350 filing fee or an affidavit to proceed without prepayment of fees and/or costs, which I have enclosed with this order.

ORDER

IT IS ORDERED that plaintiff Richard Hoeft may have until July 24, 2012, in which to either submit the $350 filing fee to the clerk's office or to fill out the enclosed affidavit of indigency and return it to the court. If, by July 24, 2012, plaintiff fails to respond to this order, I will assume he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff filing his case at a later date.

Entered this 3rd day of July, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge