IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

v.

JUDGE CONLEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-458-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under 28 U.S.C. § 1915(e)(2)(b) for seeking damages from a defendant who is immune from such relief.

_____    10/24/12
Peter Oppeneer, Clerk of Court    Date